# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-28-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **BRYN ERIC BARBER,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment (Doc. 28).   The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 924(d);

THAT a Preliminary Order of Forfeiture was entered on June 24, 2025;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- Sterling Arms, model 302, .22 caliber pistol, S/N: A109075; and

- Any associated accessories and ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 15th day of September 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

2